
RECEIVED
IN MONROE, LA
JUL 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| JIMMIE N. RAY | CIVIL ACTION NO. 06-0618 |
| VS. | SECTION P |
| SERGEANT ROBERTSON, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted;

**IT IS FURTHER ORDERED** that plaintiff's Motion for a Stay of the Proceedings in *Jimmie N. Ray v. Steve Prator, et al.*, No. 5:05-cv-00617 be **DENIED** both because it is **WITHOUT MERIT** and because it is **MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this the 21 day of July, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE